# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New Jersey

Case Number: 1:21-CV-00959-RBK-KMW

Plaintiff:
**John Costello and Erica Costello**

vs.

Defendant:
**U.S. Bank National Association as Trustee for Blue Water Investment Trust 2018-I, et al.**

For:
Thomas Masciocchi, Esq.

ARC2021001317

Received by NJ SUMMONS to be served on Fay Servicing LLC, 425 S Financial Place, Suite 2000, Chicago, IL 60605.

I, Robert D. Fairbanks, being duly sworn, depose and say that on the 11th day of February, 2021 at 11:17 am, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint with Exhibits** to: **Jim Lawler** as **Managing Agent** for **Fay Servicing LLC**, at the address of: **425 S Financial Place, Suite 2000, Chicago, IL 60605**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 245, Hair: Brown/Gray, Glasses: N

Subscribed and Sworn to before me on 2-12-2021 by the affiant who is personally known to me.

Joan C Harenberg
NOTARY PUBLIC

**OFFICIAL SEAL**
**JOAN C HARENBERG**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/28/2025

**Robert D. Fairbanks**
Process Server    Date Signed 2-12-2021

NJ SUMMONS
766 Tall Oaks Drive
Brick, NJ 08724
(732) 458-8202

Our Job Serial Number: ARC-2021001317
Ref: 1:21-CV-00959-RBK-KMW

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
**DATE** 11 FEB 2021

**NAME OF SERVER (PRINT)** ROBERT D. FAIRBANKS  
**TITLE** PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 425 S FINANCIAL PLACE - SUITE 2000 - CHICAGO IL 60605

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: JIM LAWLER

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-12-2021  
Date

Signature of Server

Address of Server: 2100 Manchester Rd. #503-2, Wheaton, IL 60187